# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)    www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:____Johanna Maria Fernandez_____    JOINT DEBTOR_____    CASE NO.: _12-31077 RBR_
Last Four Digits of SS#_____2659_____    Last Four Digits of SS#_____

☐ This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

for months ___1___ to ___60___;                                                    A.  $___3,121.38___

B.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_3,500.00_ + $1,500 (MTV) + $200 Cost = $5,200.00  TOTAL PAID $_2,260.00_
Balance Due  $_2,940.00_  payable $_588.00_/month (Months ___1___ to ___5___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Name: _____
Address:_____    Arrearage on Petition Date $_____
Account No: _____    Arrears Payment $_____/month (Months _____ to _____)
                                            Regular Payment $_____/month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America, NA<br>450 American ST<br>Simi Valley, CA 93065<br><br>(FIRST MORTGAGE -stripping-off)<br>Acct No. xxxxxx1037) | 146,000.00<br><br>Non-Homestead Property Located at:<br>5016 Lincoln St<br>Hollywood, FL 33021 | 5.25 % | $2,249.62<br>$2,819.44 | _1_ To _5_<br>_6_ To _60_ | $ 166,317.00 |
| Chase<br>Pob 24696<br>Columbus, OH 43224<br><br>(SECOND MORTGAGE -stripping-off)<br>Acct No. xxxxxx0780) | 146,000.00<br><br>Non-Homestead Property Located at:<br>5016 Lincoln St<br>Hollywood, FL 33021 | 0 % | $ 0.00 | _1_ To _60_ | $ 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____

Total Due $_____

Payable  $_____/month (Months_____ to _____) Regular Payment $____

Unsecured Creditors:    Pay $___18.18___/month (Months ___6___ to ___60___).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Bank of America (Non-H/s 1st Mtg-Acct #1037), 450 American St, Simi Valley, CA 93065 is being crammed down through the plan. Chase (Non-H/s-2nd Mtg-Acct# 0780) Pob 24696, Columbus, OH 43224 Is being stripped off through the Chapter 13 Plan. Debtor surrenders any interest on the property located at 5310 Pierce St, Hollywood, FL 33021 to secured holders. "Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income tax or refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims". I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury. _____

_/s/_____

Patrick L. Cordero on behalf of the debtor                    Date:___08/29/2012___

LF-31 (rev. 01/08/10)