## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### CHAPTER 13 PLAN (Individual Adjustment of Debts)    www.flsb.uscourts.gov

X ___1ST_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:___Johanna Maria Fernandez____ JOINT DEBTOR_____ CASE NO.:_12-31077 BKC-RBR

Last Four Digits of SS# _____2659_____ Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $___3,121.38___ for months ____1___ to ___8____;

B. $__4,285.74___ for months ____9___ to ___60___; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 + $1,500 (MTV) + $200 Cost = $5,200.00_ TOTAL PAID $_2,260.00_

Balance Due    $ 2,940.00___ payable $__588.00_/month (Months ___1___ to ___5___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Name: _____ Arrearage on Petition Date $_____

Address:_____ Arrears Payment $_____/month (Months _____ to _____)

Account No:_____ Regular Payment $_____/month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| BANK OF AMERICA, NA<br>POB 660933<br>Dallas, TX 75266-0933<br><br>(FIRST MORTGAGE -cram-down)<br>(Acct No. 1037) | VALUE: $195,500.00<br><br>Non-Homestead Property Located at:<br>5016 Lincoln Street<br>Hollywood, FL 33021 | 5.00 % | $ 2,249.62<br>$ 2,837.62<br>$ 3,876.90 | 1   To   5<br>6   To   8<br>9   To   60 | $221,359.80 |
| JPMORGAN CHASE BANK, NA<br>POB 80730<br>Rochester, MI 48308<br><br>(SECOND MTG. - Strip-Off)<br>(Acct No. 0780) | VALUE: $146,000.00<br><br>Non-Homestead Property Located at:<br>5016 Lincoln Street<br>Hollywood, FL 33021 | 0 % | $ 0.00 | 1   To   60 | $   0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____ Total Due $_____

Payable    $_____/month (Months_____ to _____) Regular Payment $_____

Unsecured Creditors:    Pay $_____0.00___/month (Months___1__ to___8___).

Pay $____19.23___/month (Months__9___ to__60___).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income tax or refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims**.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

___/s/ JOHANNA M. FERNANDEZ_____    Date: _05/15/2013_

Debtor

LF-31 (rev. 01/08/10)